IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHNNY E. HOWARD,<br><br>    Plaintiff,<br><br>  v.<br><br>LEON WILSON JR. et al.,<br><br>    Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 1:11-CV-183 DB<br><br>District Judge Dee Benson |

    Plaintiff, inmate Johnny E. Howard, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the complaint under § 1915(e), in an Order dated April 12, 2012, the Court determined Plaintiff's complaint was deficient for a variety of reasons.  The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.

DATED this 11 day of June, 2012.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court